IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSHUA BALDWIN,

       Petitioner,

vs.                                              CASE NO. 4:07cv42-SPM/MD

JAMES R. MCDONOUGH,

       Respondent.

_____/

## **ORDER**

       THIS CAUSE comes before the Court upon the Magistrate Judge's report and recommendation (doc. 14) dated November 26, 2007. Defendant has filed objections (doc. 16). Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the report and recommendation should be adopted. There is no clearly established Supreme Court precedent to support Petitioner's argument that a violation of the Sixth Amendment occurs when judicial fact-finding increases the lowest permissible sentence. See United States v. Harris, 536 U.S. 545, 560-69 (2002) (judicial fact-finding may be used to increase

mandatory minimum sentence without violating the Sixth Amendment).

Accordingly, it is

       ORDERED AND ADJUDGED:

       1.      The report and recommendation (doc. 14) is adopted and incorporated by reference in this order.

       2.      The § 2254 petition (doc. 1) is denied.

       DONE AND ORDERED this 4th day of February, 2008.

                   *s/ Stephan P. Mickle*
                   Stephan P. Mickle
                   United States District Judge